JOSEPH ROSENBLATT, Appellant, v. HARRY MEIROWITZ, Respondent.— Order affirmed, with twenty dollars costs and disbursements. Verified bill of particulars to be served within ten days from service of order with notice of entry thereof. No opinion. Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ.

CENTURY INDEMNITY COMPANY, Respondent, v. ALLIED CLEANING CONTRACTORS, INC., and ALLIED PNEUMATIC SERVICE OF AMERICA, INC., Appellants. — Order affirmed, with twenty dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of LEON CONFINO and MICHAEL CONFINO, Doing Business, etc., Assignors, to THOMAS O. SHECKELL and WILLIAM WALKER ORR, Assignees, Appellants. LEON CONFINO, Assignor, Respondent.— Order affirmed, with twenty dollars costs and disbursements, without prejudice to a renewal of the motion after personal service upon the respondent. No opinion. Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ.

HENRY S. UNTERWEISER, Respondent, v. SAUL COHN and Others, Defendants, Impleaded with CITY STORES COMPANY, Appellant.— Order reversed with twenty dollars costs and disbursements, and motion denied with ten dollars costs. No opinion. Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ.

GEORGE MULLER, Appellant, v. NECARO CO., INC., Respondent.— Order modified by granting a preference over the issues noticed for the February, 1933, term, and as so modified affirmed, without costs. No opinion. Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ.

RUTH SCHEUER, Respondent, v. ESTHER BRIGHT and Others, Defendants, Impleaded with ISIDORE WOLKIN, Appellant.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Petition of W. KINTZING POST and Others, as Successor Trustees of the Trust for the Benefit of ALICE ISELIN under the Fifth Clause, and of the Trust for the Benefit of BEATRICE DE RODELLEC under the Sixth Clause of the Will of MARY MASON JONES for Permission to Sell the Premises Included in Each of Said Trusts.— Order modified by reducing the allowance made to Alexander Pfeiffer, as guardian *ad litem*, and to William Bowne Parsons, as referee, to the sum of $1,500 each, and as so modified affirmed, without costs. No opinion. Present — Martin, Merrell, O'Malley; Sherman and Townley, JJ.

ALBERT B. HOUSMAN, Appellant, v. HAROLD A. REICH and ALEXANDER REICH, Respondents.— Appeal dismissed, with twenty dollars costs and disbursements to respondents. No opinion. Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ.

STANLEY BAYER, Respondent, v. HENRY SCHATZKIN and Others, Copartners, etc., Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ.